Joseph Adler, Respondent, v. The Metropolitan Street Railway Company, Appellant.—Appeal from a judgment of the General Term of the City Court, affirming a judgment in favor of the plaintiff, rendered upon the verdict of a jury. Henry A. Robinson, for appellant; Herman Fox, for respondent. Judgment affirmed, with costs. No opinion.

James H. DeHart, Respondent, v. The Greater New York Publishing Company, Appellant. — Appeal from a judgment of the City Court of the city of New York, in favor of plaintiff, and against the defendant, affirming a judgment entered upon the verdict of a jury by direction of the trial justice. Franklin Bien, for appellant; Hammond Odell, for respondent. Judgment affirmed, with costs. No opinion.

Harry Gregg, Respondent, v. The Metropolitan Street Railway Company, Appellant.—Appeal from a judgment in favor of the plaintiff, after a trial before a jury in the Municipal Court of the city of New York, eighth district, borough of Manhattan. Henry A. Robinson, for appellant; Matthew F. Ennis, for respondent. Judgment affirmed, with costs. No opinion.

Elizabeth Nelson, Respondent, v. The Metropolitan Street Railway Company, Appellant. —Appeal from a judgment of the Municipal Court of the city of New York, tenth district, borough of Manhattan, in favor of plaintiff and against the defendant. H. A. Robinson, for appellant; L. Lowenstein, for respondent. Judgment affirmed, with costs. No opinion.

Valian Z. M. Boyajian, Appellant, v. Joseph Treubig et al., Respondents.—Appeal from a judgment of the Municipal Court of the city of New York, eighth district, borough of Manhattan, in favor of the defendants. M. Mayer, for appellant; L. Sanders, for respondents. Judgment affirmed, with costs. No opinion.

Frank E. Fitch, Respondent, v. Levi P. Morton, Appellant.—Appeal from a judgment of the Municipal Court of the city of New York, eleventh district, borough of Manhattan, in favor of the plaintiff. William Morton Grinnell, for appellant; Julius M. Mayer. for respondent. Judgment affirmed, with costs. No opini n.

John Haffen, Respondent, v. Adolph Freund et al., Appellants.—Appeal from a judgment of the Municipal Court of the city of New York, second district borough of The Bronx, in favor of the plaintiff. James Kearney, for appellants; M. D. Steuer, for respondent. Judgment affirmed, with costs. No opinion.

Samuel Nafew, Respondent, v. Enoch Rector, Appellant.—Appeal from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, tenth district, borough of Manhattan. W. H. Sweny, for appellant; Theodore Prince, for respondent. Judgment affirmed, with costs to the respondent. No opinion.

Rachel Rosenthal, Respondent, v. Solomon Tenenbaum, Appellant. — Appeal from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, fourth district, borough of Manhattan. Jacob Rieger, for appellant; Abraham I. Spiro, for respondent. Judgment affirmed, with costs. No opinion.

Annie Padian, Respondent, v. Armour & Company, Appellant.—Appeal from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, sixth district, borough of Manhattan. Adams & Barrett, for appellant; William J. Fanning, for respondent. Judgment affirmed, with costs. No opinion.

James M. Heatherton et al., Respondents, v. Eugene C. Bell, Appellant.—Appeal from a judgment of the Municipal Court of the city of New York, second district, borough of Manhattan, in favor of the plaintiffs. Samuel Sturtz, for appellant; Hoelljes & Sykes, for respondents. Judgment affirmed, with costs. No opinion.

Alfred K. Warren, Respondent, v. The American Electrical & Maintenance Company. Appellant. Appeal from a judgment of the Municipal Court of the city of New York, second district, borough of Manhattan, in favor of the plaintiff and against defendant. Appellant also moves for a new trial upon the ground of newly-discovered evidence upon affidavits tendered to this court. Frank E. Keipple, for appellant; Shiland & Honeyman, for respondent. Judgment affirmed, with costs, and motion denied, with ten dollars costs. No opinion.

Nathan Kempner et al., Respondents, v. Gustav Pietz, Appellant.—Appeal from a judgment of the Municipal Court of the city of New York, eleventh district, borough of Manhattan, in favor of plaintiffs and against the defendant. Houghton & Stoddard, for appellant; M. A. Lesser, for respondents. Judgment affirmed, with costs. No opinion.

Bird M. Robinson, as Receiver, etc., Appellant, v. Richard B. Lee, Respondent. —Appeal from a judgment in favor of the defendant, rendered in the Municipal Court of the city of New York, eleventh district, borough of Manhattan. William Hepburn Russell, William Beverly Winslow and Frank H. Waggoner, for appellant; Howard R. Bayne, for respondent. Judgment affirmed, with costs. No opinion.

Charles R. Faruolo, Appellant, v. Henry Kraus, Respondent. Appeal from a judgment of the Municipal Court of the city of New York, second district, borough of The Bronx, in favor of the defendant. A. Finelite, for appellant; Platzek & Stroock, for respondent Judgment affirmed, with costs. No opinion